IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vazquez, Steven Michael | Case Number: 05 B 53642 |
|---|---|---|
|  | Vazquez, Anne Marie | Judge: Goldgar, A. Benjamin |
|  | Printed: 10/22/08 | Filed: 10/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 3, 2008
Confirmed: December 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 109,439.63 |  |
| Secured: |  | 86,806.94 |
| Unsecured: |  | 12,181.34 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 5,879.96 |
| Other Funds: |  | 1,871.39 |
| Totals: | 109,439.63 | 109,439.63 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Home Finance | Secured | 58,795.36 | 58,795.36 |
| 3. | Americredit Financial Ser Inc | Secured | 9,268.38 | 9,268.38 |
| 4. | Chase Home Finance | Secured | 18,315.51 | 18,315.51 |
| 5. | Monterey Financial Services | Secured | 427.69 | 427.69 |
| 6. | Internal Revenue Service | Priority | 3,904.28 | 0.00 |
| 7. | Capital One | Unsecured | 1,114.15 | 1,114.15 |
| 8. | Americredit Financial Ser Inc | Unsecured | 7,178.18 | 7,178.18 |
| 9. | Monterey Financial Services | Unsecured | 316.80 | 316.80 |
| 10. | American Express Travel Relate | Unsecured | 1,139.72 | 1,139.72 |
| 11. | Capital One | Unsecured | 2,432.49 | 2,432.49 |
| 12. | Internal Revenue Service | Unsecured | 603.36 | 0.00 |
| 13. | Internal Revenue Service | Priority |  | No Claim Filed |
| 14. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 15. | Troy Q Smith $ Associates | Unsecured |  | No Claim Filed |
| 16. | Malcolm S Gerald & Assoc | Unsecured |  | No Claim Filed |
|  |  |  | $ 106,195.92 | $ 101,688.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,365.93 |
| 5% | 432.62 |
| 4.8% | 899.86 |
| 5.4% | 2,037.79 |
| 6.5% | 1,143.76 |
|  | $ 5,879.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Vazquez, Steven Michael
Vazquez, Anne Marie
Printed: 10/22/08

Case Number: 05 B 53642
Judge: Goldgar, A. Benjamin
Filed: 10/13/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

